UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

UNITED STATES OF AMERICA      )
                                  )
v.                               )          NO. 2:03-CR-99
                                  )
CHRISTOPHER ORUS  SPIKER      )

# **O R D E R**

        This probation revocation matter came before the Court on May 23, 2005, for a hearing in regard to whether or not the defendant has violated the conditions of his probation, and therefore, should his term of probation be revoked.   The defendant stipulated that he has violated the terms of his probation by having a positive screen for marijuana on April 12, 2005.

        On March 11, 2003,  the defendant was placed on probation for three (3) years.  As a condition of his probation,  the defendant was to serve three (3) months in the Greene County Work Release Program which began on April 26, 2004.   On June 28, 2004, the defendant appeared  for a hearing in regard to whether or not his term of probation should be revoked.  The Court found that the interest of justice and the defendant's rehabilitation would not be served by revoking his probation at that time

because the Court found that any meaningful rehabilitation effort would require that the defendant be supervised for more than one year, and that he continue to support his wife and minor children. Therefore, the Court did not revoke the defendant's probation at that time but extended his term to six (6) months in the Greene County Work Release Program. The defendant was also put on notice that one positive drug screen will cause him to be sentenced to be incarcerated.

It was not disputed that the defendant's revocation range is now from four (4) to ten (10) months, and that he is subject to a one year period of supervised release after he serves a term of incarceration. Therefore, the Court finds that the defendant has violated the terms of his probation, and accordingly, it is hereby **ORDERED** that his probation release is **REVOKED**, and he is sentenced to serve a term of seven (7) months imprisonment.

It is also hereby **ORDERED** that the defendant's term of imprisonment will be followed by an additional term of supervised release of twelve (12) months. During this additional term of supervised release, the defendant will be subject to the 13 standard conditions of supervised release as set out in Local Rule 83.10. In addition, he will be subject to the following special conditions in regard to his supervised release:

> 1. The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.

It is also hereby **RECOMMENDED** that the defendant be designated to the federal facility at Manchester, Kentucky. The defendant is REMANDED to the custody of the Untied States Marshal.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE